# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of the Premises Known and Described As 4225 E. University Drive, Apt. 83, Mesa Arizona, 85205.

Case No. 23-5002mB

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before  1/31/23  _(not to exceed 14 days)_
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and I authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days _(not to exceed 30)_ ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: January 17, 2023 @ 2:50pm     _[signature]_
_Judge's signature_

City and state: <u>Phoenix, Arizona</u>     <u>Honorable Deborah M. Fine, U.S. Magistrate Judge</u>
_Printed name and title_

| Return | | |
|---|---|---|
| Case No.: 23-5002MB | Date and time warrant executed: 01/18/2023 7:37 am | Copy of warrant and inventory left with: Maranatha Pruett |
| Inventory made in the presence of: Maranatha Pruett | | |
| Inventory of the property taken: As noted on FD-597, Recipt for Property - 13 items | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/18/2023

*Troy Cofer*
*Executing officer's signature*

Troy Cofer, FBI
*Printed name and title*

# UNITED STATE DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

# RECEIPT FOR PROPERTY

Case ID:    196D-NK-339662

On (date)    1/18/2023          item(s) listed below were:

☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name)   Walid Khater & Maranatha Pruett

(Street Address)   4225 E. University Drive, Apt. 83, Mesa, Arizona, 85205

(City)   MESA, AZ 85205

**Description of Item(s):**

Black iPhone

Apple Laptop - rose gold colored, Serial Number: HRTJD166Q6LC

Black Hollister T-shirt with graphic

Silver HP Laptop - S/N: 5CG208B4OG, with power cord

Black Samsung Cell Phone - IMEI: 351347072465693

Two (2) AZ DLs for Walid Khater, Capital One VISA for Walid Khater, Capital One VISA for Raed Khater, Casino Arizona Players Club Card, City Rewards MC, Alaska FCU VISA Debit Card, Credit Karma Debit, Money transfer receipt, W2 Statements, Banking docs

Bank Statements for Walid, Dynamic 4Life Company Banking and IRS Documents

W2G - Salt River Casino for Walid Khater

Black Samsung Cell phone

Two (2) W2Gs for Walid Khater, Two W2s for Aadi-bhagat LLC, Alaska USA Banking document for Walid Khater

VISA Debit Card (Kalid Khater), Power of Attorney, $Slimrabah Card, Certificate of Birth for Kahmaria Aaliyah Smth, Money gram receipt, Alaska FCU paperwork, Casino Arizona W2G Winnings (Walid Khater).

OCTO USB Drive - Black and Blue Chase Credit Card Reader

US Passport for Walid Khater, New Jersey DL for Walid Khater, New Jersey DL for Rabah Khaled, Arizona Dl for Cody Egelhoff, American Express Serv Card for Raed Khater

Received By: _____      Received From: _____
                 (signature)                                                                    (signature)

# UNITED STATE DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

Printed Name/Title: _Taylor_

Printed Name/Title: _Maranatha Pruett_